```
LAW OFFICE OF FRANK SORRENTINO
FRANK SORRENTINO, ESQ.
Nevada Bar No. 000421
ANTHONY V. SORRENTINO, ESQ.                    E-filed: 08-07-2009
Nevada Bar No. 000420
1118 E. Carson Ave.
Las Vegas, Nevada   89101
E-Mail: carson@franksorrentino.com
(702) 384-6824
Attorneys for Debtors
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-08-25456-LBR |
| | ) | Chapter 13 |
| **RODOLFO L. RIVERA and** | ) | Trustee: Kathleen A. Leavitt |
| **LINDA T. RIVERA** | ) | |
| | ) | |
| Debtors. | ) | Date:  September 10, 2009 |
| _____ | ) | Time:  3:30 p.m. |

**CERTIFICATE OF MAILING OF MOTION AND NOTICE OF MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF EMC MORTGAGE CORP. (ACCOUNT ENDING IN 1020) PURSUANT TO 11 U.S.C. §506(a) AND §1322**

I hereby certify that I am an employee of the LAW OFFICE OF FRANK SORRENTINO.; that I am over the age of 18 years; that on this 7th day of August, 2009, I mailed a copy of the MOTION AND NOTICE OF MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF EMC MORTGAGE CORP. (account ending in 1020), PURSUANT TO 11 U.S.C. §506(a) and §1322 by the following means to the entities and persons listed below:

A.      The following were served said documents by CERTIFIED MAIL, addressed as follows:

EMC Mortgage Corp.
Attention: Resident Agent or
Managing Agent or
Other Officer of EMC Mortgage Corp.
1010 Mockingbird Ln., Ste. #100
Dallas, TX  75247

EMC Mortgage Corp.
Attention: Resident Agent or
Managing Agent or
Other Officer of EMC Mortgage Corp.
ATTN:  Bankruptcy Dept.
909 Hidden Ridge, Ste. #200
Irving, TX  75038

EMC Mortgage Corp.
Attention:  Resident Agent or
Managing Agent or
Other Officer of EMC Mortgage Corp.
ATTN:  Bankruptcy Dept.
800 State Highway 121 Bypass
Lewisville, TX  75067-4180

EMC Mortgage Corp.
Attention: Resident Agent or
Managing Agent or
Other Officer of EMC Mortgage Corp.
2780 Lake Vista Dr.
Lewisville, TX  75067-3884

B.    The following parties were served the above-related documents by electronic service through ECF System and by depositing copies in the U.S. Mail in Las Vegas, NV, in sealed envelopes, containing first class prepaid postage:

Kathleen A. Leavitt
Chapter 13 Trustee
201 S. Las Vegas Blvd., Ste. #200
Las Vegas, NV 89101

Rodolfo L. Rivera and
Linda T. Rivera
2416 Ozark Plateau Dr.
Henderson, NV  89044

/s/ Angela P. Ballard

By  _____
    An employee of
    LAW OFFICE OF FRANK SORRENTINO