

**Entered on Docket
September 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

LAW OFFICE OF FRANK SORRENTINO
FRANK SORRENTINO, ESQ.
Nevada Bar No. 000421
ANTHONY V. SORRENTINO, ESQ.
Nevada Bar No. 000420
1118 E. Carson Ave.
Las Vegas, Nevada  89101
E-Mail: carson@franksorrentino.com
(702) 384-6824
Attorneys for Debtors

<u>      **E-filed: 09-11-2009**</u>

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-08-25456-LBR |
| | ) | Chapter 13 |
| **RODOLFO L. RIVERA and** | ) | Trustee: Kathleen A. Leavitt |
| **LINDA T. RIVERA** | ) | |
| | ) | |
| Debtors. | ) | Date:  September 10th, 2009 |
| _____ | ) | Time:  3:30 p.m. |

**ORDER GRANTING MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF EMC MORTGAGE CORP. (ACCOUNT ENDING IN 1020) PURSUANT TO 11 U.S.C. §506(a) AND §1322**

This matter of Debtors RODOLFO L. RIVERA and LINDA T. RIVERA, requesting the Court's permission to Value Collateral, "Strip Off" and Modify Rights of EMC MORTGAGE CORP. (account ending in 1020), Pursuant to 11 U.S.C. §506(a) and §1322, coming on for hearing this 10th day of September, 2009, at 3:30 p.m., with the LAW OFFICE OF FRANK SORRENTINO, appearing for Debtors RODOLFO L. RIVERA and

1  LINDA T. RIVERA, and KATHLEEN A. LEAVITT appearing as the Chapter 13 Trustee, and
2  pursuant to notice duly given, no opposition being filed by creditor, and the Court having
3  heard the representation of counsel for Debtors and the Chapter 13 Trustee, and being
4  otherwise informed, and good cause appearing therefore,
5      IT IS HEREBY ORDERED that the security interest of EMC MORTGAGE CORP.
6  (account ending in 1020) in the real property commonly known as 2416 Ozark Plateau Dr.,
7  Henderson, NV 89044, and legally described as:
8      Lot forty-six (46) in Block five (5) of Sun City Anthem Unit No. 40 as shown
       by map thereof on file in Book 124 of Plats, Page 49 in the Office of the
9      County Recorder of Clark County, Nevada
10
11 is hereby avoided and set aside and that the claim of EMC MORTGAGE CORP. (account
   ending in 1020) in these bankruptcy proceedings shall be treated as unsecured.
12
       IT IS FURTHER ORDERED that said lien of EMC MORTGAGE CORP. (account
13
   ending in 1020) on the aforementioned property will be preserved if Debtors' bankruptcy
14
   case is converted or dismissed.
15
       IT IS FURTHER ORDERED that the certain Deed of Trust recorded in the Office of
16
   the Clark County Recorder as document number 20080602-01276 on June 2, 2008, is
17
   hereby removed and expunged from the County records and shall no longer constitute a
18
   lien or encumbrance upon the aforesaid real property.
19
       **IT IS SO ORDERED.**
20
       DATED this 11th day of September, 2009.
21
   Submitted by:
22
   LAW OFFICE OF FRANK SORRENTINO        CHAPTER 13 TRUSTEE
23
       /s/ Frank Sorrentino                /s/ Kathleen A. Leavitt
24 By:_____    By:_____
       FRANK SORRENTINO, ESQ.                 KATHLEEN A. LEAVITT
25     Nevada Bar #000421
       1118 E. Carson
26     Las Vegas, NV 89101
       Attorney for Debtors
27
28 ...

   ...

1 | ALTERNATIVE METHOD re: RULE 9021:

2 | In accordance with Local Rule 9021, the undersigned certifies:

3 |     ____ The Court waived the requirements of LR 9021.

4 |     ____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appear at the hearing regarding this matter and/or who filed a written objection and each has:

6 |         ____ approved the form of this order;
        ____ waived the right to review the order; and/or
7 |         ____ failed to file and serve paper in accordance with LR 9021(c)

8 | __X__ I have delivered a copy of this proposed order to all attorneys, any trustee appointed in this case, and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

13 |     ____ No Opposition was filed to the motion and no other party or counsel appeared at the hearing.

15 |                                   ###